Mark D. Silverschotz (MDS-8393)
**ANDERSON KILL & OLICK, P.C.**
1251 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 278-1000
Facsimile: (212) 278-1733

Daniel C. Girard
A. J. De Bartolomeo
Jonathan K. Levine (JL-8390)
Aaron M. Sheanin
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Individual and Representative
Plaintiff Shary Everett

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHARY EVERETT, on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br>   v.<br><br>MCI, INC., a Delaware Corporation,<br><br>       Defendant. | Adversary Proceeding<br><br>No. 07-01792-AJG |
| In re:<br>WORLDCOM, INC., *et al.*,<br><br>       Debtors. | Chapter 11<br><br>Case No. 02-13533-AJG<br><br>(Jointly Administered) |

**NOTICE OF MOTION AND**
**MOTION TO WITHDRAW THE REFERENCE**

## NOTICE OF MOTION AND MOTION TO WITHDRAW THE REFERENCE

PLEASE TAKE NOTICE that Plaintiff Shary Everett, by and through her attorneys, will and hereby does, move the United States District Court for the Southern District of New York, located at the United States Courthouse, 500 Pearl Street, New York, New York, for an order pursuant to 28 U.S.C. § 157(d) withdrawing from the bankruptcy court to the district court the automatic reference of this action.  Plaintiff's motion is based on this notice, Plaintiff's accompanying memorandum of law, Plaintiff's proposed order, the pleadings and papers before the Court, and such matters as the Court may consider.

Dated: October 25, 2007

Respectfully submitted,

**ANDERSON KILL & OLICK, P.C.**


/s/ Mark D. Silverschotz
Mark D. Silverschotz (MDS-8393)

1251 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 278-1000
Facsimile:  (212) 278-1733

Daniel C. Girard
A. J. De Bartolomeo
Jonathan K. Levine (JL-8390)
Aaron M. Sheanin
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Individual and Representative
Plaintiff Shary Everett