Mark D. Silverschotz (MDS-8393)
**ANDERSON KILL & OLICK, P.C.**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 278-1000
Facsimile: (212) 278-1733

Daniel C. Girard
A. J. De Bartolomeo
Jonathan K. Levine (JL-8390)
Aaron M. Sheanin
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Individual and Representative
Plaintiff Shary Everett

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHARY EVERETT, on behalf of herself and all others similarly situated, | Adversary Proceeding |
| Plaintiff, | No. 07-01792-AJG |
| v. | |
| MCI, INC., a Delaware Corporation, | |
| Defendant. | |
| In re: WORLDCOM, INC., *et al.*, | Chapter 11 |
| Debtors. | Case No. 02-13533-AJG |
| | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE

I, Mathilda C. Regan, hereby declare as follows:

I am employed by Girard Gibbs, a Limited Liability Partnership, 601 California Street, 14th Floor, San Francisco, California 94108. I am over the age of eighteen years and am not a party to this action. On October 25, 2007, I caused the foregoing document(s) described as:

1. **NOTICE OF MOTION AND MOTION TO WITHDRAW THE REFERENCE;**

2. **MEMORANDUM OF LAW IN SUPPORT OF MOTION TO WITHDRAW THE REFERENCE;**

3. **DECLARATION OF A. J. DE BARTOLOMEO IN SUPPORT OF MOTION TO WITHDRAW THE REFERENCE;**

4. **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW THE REFERENCE;**

5. **CERTIFICATE OF SERVICE.**

to be <u>served via overnight delivery</u> on the following parties and addressed as set forth below:

| | |
|---|---|
| Kristin Escalante<br>MUNGER TOLLES & OLSON, LLP<br>355 South Grand Avenue<br>35th Floor<br>Los Angeles, CA 90071-1560 | *Counsel for Defendant MCI, Inc.* |
| Laurence Arthur Kasten<br>LEWIS & ROCA LLP<br>40 N. Central Avenue<br>Phoenix, AZ 85004-4429 | *Counsel for Defendant MCI, Inc.* |
| Robert B. Carey<br>HAGENS BERMAN SOBOL SHAPIRO PLLC<br>2425 E. Camelback Road, Suite 650<br>Phoenix, AZ 85016 | *Counsel for Plaintiff Shary Everett* |

Joel Grant Woods  *Counsel for Plaintiff Shary Everett*
GRANT WOODS, PC
1726 N. Seventh Street
Phoenix, AZ 85006-2220


I declare under penalty of perjury under the laws of the United States of America that the above is true and correct, executed October 25, 2007, at San Francisco, California.

_____
Mathilda C. Regan