UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SHARY EVERETT, on behalf of herself and all others similarly situated, § § § | Chapter 11 |
| Plaintiff, § § | Case No. 02-13533-AJG (Jointly Administered) |
| v. § § | |
| MCI, INC., a Delaware Corporation, § § | Case No. 07-9590 (DC) |
| Defendant. § | Adv. No. 07-01792 (AJG) |
| In re § § | |
| WORLDCOM, INC., *et al.* § § | |
| Reorganized Debtors. § | |

### STIPULATION AND [PROPOSED] ORDER TO EXTEND THE BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO WITHDRAW THE REFERENCE

This Stipulation is made by and between plaintiff, Shary Everett (the "Plaintiff"), and defendant MCI, LLC f/k/a MCI, Inc. ("MCI", and together with Plaintiff, the "Parties"), by and through their undersigned counsel.

### RECITALS:

A.   On October 30, 2007, Plaintiff filed a Motion to Withdraw the Reference of this class action from the bankruptcy court to this Court (the "Motion to Withdraw").

B.   Under Local Rule 6.1(b), Defendant's response to the Motion to Withdraw is due to be filed on November 9, 2007.

C.   The Parties have agreed to extend the briefing schedule on the Motion to Withdraw, as set forth herein.

D.      The Parties have not previously requested an extension of the briefing schedule on the Motion to Withdraw.

## AGREEMENT

Pursuant to this Stipulation, the Parties hereby agree and stipulate as follows:

1.      The date upon which MCI must file its response (the "Response") to the Motion to Withdraw is November 13, 2007.

2.      The date upon Plaintiff must file its reply to MCI's Response is November 28, 2007.

Dated: November 8, 2007

| WEIL, GOTSHAL & MANGES, LLP | GIRARD GIBBS LLP |
|---|---|
| By: /s/ Lydia Protopapas<br>Lydia Protopapas (*Pro Hac Vice*)<br>767 Fifth Avenue<br>New York, NY  10153-0119<br>Telephone:  (212) 310-8000<br>Facsimile:   (212) 310-8007<br><br>Attorneys for MCI, LLC | By: /s/ Aaron M. Sheanin<br>Aaron M. Sheanin (*Pro Hac Vice*)<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Phone: (415) 981-4800<br>Fax: (415) 981-4846<br><br>Attorneys for Shary Everett |

SO ORDERED THIS ____ DAY
OF NOVEMBER 2007

_____
HONORABLE DENNY CHIN
UNITED STATES DISTRICT JUDGE