UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SHARY EVERETT, on behalf of herself and all others similarly situated, § § § | Chapter 11 |
| Plaintiff, § § | Case No. 02-13533 (AJG) (Jointly Administered) |
| v. § § | |
| MCI, INC., a Delaware Corporation, § § | Case No. 07-9590 (DC) |
| Defendant. § § | Adv. No. 07-01792 (AJG) |
| In re § § § | |
| WORLDCOM, INC., *et al.* § § | |
| Reorganized Debtors. § | |





## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I Alfredo R. Pérez, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

Lydia T. Protopapas
Weil, Gotshal & Manges LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
1/16/08

Lydia T. Protopapas is a member in good standing of the Bar of the State of Texas. There are no pending disciplinary proceeding against Lydia T. Protopapas in any State or Federal court.

Dated: December 3, 2007
New York, New York

MOTION GRANTED,
SO ORDERED.

By: /s/ Alfredo R. Pérez
Alfredo R. Pérez (AP 3629)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

USDJ
1/15/08

HO1:\354634\02\7LMY02!.DOC\65886.0085