Mark D. Silverschotz (MDS-8393)
**REED SMITH LLP**
599 Lexington Avenue, 29th Floor
New York, NY, 10022
Tel: (212) 521-5400
Fax: (212) 521-5450

Daniel C. Girard
A. J. De Bartolomeo
Jonathon K. Levine (JL-8390)
Aaron M. Sheanin
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA  94108
Tel: (415) 981-4800
Fax: (415) 981-4846

Attorneys for Individual and Representative
Plaintiff Shary Everett

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHARY EVERETT, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MCI, INC., a Delaware Corporation,<br><br>　　　　Defendant. | Adversary Proceeding<br><br>No. 07-01792-AJG<br><br>Case No. 07-9590 (DC) |
| In re:<br>WORLDCOM, INC., *et al.*,<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 02-13533-AJG<br><br>(Jointly Administered) |

**NOTICE OF MOTION AND MOTION FOR *PRO HAC VICE* ADMISSION OF AARON M. SHEANIN**

PLEASE TAKE NOTICE that, upon the accompanying Affidavits of Jonathon K. Levine and Aaron M. Sheanin, dated February 11, 2008, and the exhibits annexed thereto, and upon all prior papers and proceedings, Plaintiff will move this Court on a date to be determined, upon submissions, unless otherwise ordered by the Court, for an Order permitting Aaron M. Sheanin of Girard Gibbs LLP, counsel for Plaintiff, to practice before this Court in connection with all proceedings in this matter.

Respectfully submitted,

**GIRARD GIBBS LLP**

Dated: February 11, 2008

_____
JONATHAN K. LEVINE

1

Mark D. Silverschotz (MDS-8393)
**REED SMITH LLP**
599 Lexington Avenue, 29th Floor
New York, NY, 10022
Tel: (212) 521-5400
Fax: (212) 521-5450

Daniel C. Girard
A. J. De Bartolomeo
Jonathon K. Levine (JL-8390)
Aaron M. Sheanin
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA  94108
Tel: (415) 981-4800
Fax: (415) 981-4846

Attorneys for Individual and Representative
Plaintiff Shary Everett

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHARY EVERETT, on behalf of herself and all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>MCI, INC., a Delaware Corporation,<br><br>   Defendant. | Adversary Proceeding<br><br>No. 07-01792-AJG<br><br>Case No. 07-9590 (DC) |
| In re:<br>WORLDCOM, INC., *et al.*,<br><br>   Debtors. | Chapter 11<br><br>Case No. 02-13533-AJG<br><br>(Jointly Administered) |

**AFFIDAVIT OF JONATHAN K. LEVINE IN SUPPORT OF PLAINTIFFS' *PRO HAC VICE* ADMISSION OF AARON M. SHEANIN**

I, Jonathan K. Levine, being duly sworn, deposes and says that the following facts are true and correct to the best of my personal knowledge:

1. I am an attorney duly admitted to practice law before this Court. My admission to this Court was on March 14, 1989.
2. I am not under suspension or disbarment by any court.
3. I am a partner at the firm of Girard Gibbs LLP, and my office is located at 601 California Street, 14th Floor, San Francisco, California 94108. My telephone number is (415) 981-4800.
4. I make this affidavit in support of Plaintiffs' Motion for the admission of Aaron M. Sheanin *pro hac vice*.
5. I have known Aaaron M. Sheanin for 4 years, and believe he will uphold the integrity of this Court, and will comply with all applicable New York Local Rules of Civil Procedure.

I declare under penalty of perjury and the law of the United States of America that the foregoing is true and correct. Executed this 11th day of February, 2008 at San Francisco, California.

San Francisco, California

_____
Jonathan K. Levine

Subscribed and Sworn to me this 11th day of February, 2008.

WITNESS my hand and official seal.

_____
STACY CHENG

STACY CHENG
Commission # 1778842
Notary Public - California
San Francisco County
My Comm. Expires Nov 8, 2011

1

Mark D. Silverschotz (MDS-8393)
**REED SMITH LLP**
599 Lexington Avenue
29th Floor
New York, NY, 10022
Tel: (212) 521-5400
Fax: (212) 521-5450

Daniel C. Girard
A. J. De Bartolomeo
Jonathon K. Levine (JL-8390)
Aaron M. Sheanin
**GIRARD GIBBS LLP**
601 California Street
14th Floor
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846

Attorneys for Individual and Representative
Plaintiff Shary Everett

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHARY EVERETT, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MCI, INC., a Delaware Corporation,<br><br>　　　　Defendant. | Adversary Proceeding<br><br>No. 07-01792-AJG<br><br><br>Case No. 07-9590 (DC) |
| In re:<br>WORLDCOM, INC., *et al.*,<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 02-13533-AJG<br><br>(Jointly Administered) |

**AFFIDAVIT OF AARON M. SHEANIN IN SUPPORT OF PLAINTIFFS' *PRO HAC*** ***VICE* ADMISSION**

I, Aaron Sheanin, being duly sworn, deposes and says that the following facts are true and correct to the best of my personal knowledge:

1. I am an attorney duly admitted to practice law in the States of California and New York. Attached hereto as **Exhibit A,** is an original Certificate of Good Standing from the State Bar of California, and as **Exhibit B,** is an original Certificate of Standing from the State Bar of New York.

2. I am not under suspension or disbarment by any court.

3. I am a partner at the firm of Girard Gibbs LLP, and my office is located at 601 California Street, 14th Floor, San Francisco, California 94108. My telephone number is (415) 981-4800.

4. I make this affidavit in support of Plaintiffs' Motion for my Admission *pro hac vice*.

5. I recognize that if I am admitted *pro hac vice,* I am within the disciplinary jurisdiction of the United Stated District Court for the Southern District of New York. Upon my admission *pro hac vice,* I agree to comply with all applicable New York Local Rules of Civil Procedure.

I declare under penalty of perjury and the law of the United States of America that the foregoing is true and correct. Executed this 11th day of February, 2008 at San Francisco, California.

San Francisco, California

Aaron M. Sheanin
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

1

On February 11, 2008, before me, Stacy Cheng, Notary Public, personally appeared Aaron M. Sheanin, proved by satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.

WITNESS my hand and office seal.

[Notary seal: STACY CHENG, Commission # 1778842, Notary Public - California, San Francisco County, My Comm. Expires Nov 8, 2011]

_____
STACY CHENG

# EXHIBIT A



**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

January 23, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, AARON MICHAEL SHEANIN, #214472 was admitted to the practice of law in this state by the Supreme Court of California on August 9, 2001; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

# EXHIBIT B



# Appellate Division of the Supreme Court of the State of New York
# Second Judicial Department

I, **James Edward Pelzer**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Aaron Michael Sheanin** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 25th day of **July 2001**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on January 25, 2008.

*James Edward Pelzer*
Clerk of the Court