

Mark D. Silverschotz (MDS-8393)
**REED SMITH LLP**
599 Lexington Avenue
29th Floor
New York, NY, 10022
Tel: (212) 521-5400
Fax: (212) 521-5450

Daniel C. Girard
A. J. De Bartolomeo
Jonathon K. Levine (JL-8390)
Aaron M. Sheanin
**GIRARD GIBBS LLP**
601 California Street
14th Floor
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846

Attorneys for Individual and Representative
Plaintiff Shary Everett

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHARY EVERETT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MCI, INC., a Delaware Corporation,<br><br>Defendant. | Adversary Proceeding<br><br>No. 07-01792-AJG<br><br>Case No. 07-9590 (DC) |
| In re:<br>WORLDCOM, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 02-13533-AJG<br><br>(Jointly Administered) |

**NOTICE OF MOTION AND MOTION FOR ADMISSION TO PRACTICE PRO *HAC VICE* OF A. J. De BARTOLOMEO**

APPLICATION GRANTED.
SO ORDERED

Denny Chin, U.S.D.J.   3/3/08

ORIGINAL

Mark D. Silverschotz (MDS-8393)
**REED SMITH LLP**
599 Lexington Avenue, 29th Floor
New York, NY, 10022
Tel: (212) 521-5400
Fax: (212) 521-5450

Daniel C. Girard
A. J. De Bartolomeo
Jonathon K. Levine (JL-8390)
Aaron M. Sheanin
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846

Attorneys for Individual and Representative
Plaintiff Shary Everett

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHARY EVERETT, on behalf of herself and all others similarly situated,<br><br>           Plaintiff,<br><br>     v.<br><br>MCI, INC., a Delaware Corporation,<br><br>           Defendant. | Adversary Proceeding<br><br>No. 07-01792-AJG<br><br><br>Case No. 07-9590 (DC) |
| In re:<br>WORLDCOM, INC., *et al.*,<br><br>           Debtors. | Chapter 11<br><br>Case No. 02-13533-AJG<br><br>(Jointly Administered) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR *PRO HAC VICE*
ADMISSION OF A. J. De BARTOLOMEO**

GOOD CAUSE SHOWING, and by and through the moving papers of counsel,

the affidavits filed in support thereof, and no opposition filed by any party;

IT IS HEREBY ORDERED that A. J. De Bartolomeo be admitted before this Court *pro hac vice*, as an attorney for Plaintiffs in this action, upon payment of the applicable fee.

**IT IS SO ORDERED.**

Dated: 3/3, 2008
New York, New York

HONORABLE DENNY CHIN
United States District Judge

1