

Mark D. Silverschotz (MDS-8393)
**REED SMITH LLP**
599 Lexington Avenue, 29th Floor
New York, NY, 10022
Tel: (212) 521-5400
Fax: (212) 521-5450

Daniel C. Girard
A. J. De Bartolomeo
Jonathon K. Levine (JL-8390)
Aaron M. Sheanin
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846

Attorneys for Individual and Representative
Plaintiff Shary Everett



**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHARY EVERETT, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MCI, INC., a Delaware Corporation,<br><br>    Defendant. | Adversary Proceeding<br><br>No. 07-01792-AJG<br><br>Case No. 07-9590 (DC) |
| In re:<br>WORLDCOM, INC., *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 02-13533-AJG<br><br>(Jointly Administered) |

**NOTICE OF MOTION AND MOTION FOR *PRO HAC VICE* ADMISSION OF AARON
M. SHEANIN**

APPLICATION GRANTED.
SO ORDERED

Denny Chin, U.S.D.J.  3/3/08

PLEASE TAKE NOTICE that, upon the accompanying Affidavits of Jonathon K. Levine and Aaron M. Sheanin, dated February 11, 2008, and the exhibits annexed thereto, and upon all prior papers and proceedings, Plaintiff will move this Court on a date to be determined, upon submissions, unless otherwise ordered by the Court, for an Order permitting Aaron M. Sheanin of Girard Gibbs LLP, counsel for Plaintiff, to practice before this Court in connection with all proceedings in this matter.

Respectfully submitted,

**GIRARD GIBBS LLP**

Dated: February 11, 2008

_____
JONATHAN K. LEVINE

1

ORIGINAL

Mark D. Silverschotz (MDS-8393)
**REED SMITH LLP**
599 Lexington Avenue
29th Floor
New York, NY, 10022
Tel: (212) 521-5400
Fax: (212) 521-5450

Daniel C. Girard
A. J. De Bartolomeo
Jonathon K. Levine (JL-8390)
Aaron M. Sheanin
**GIRARD GIBBS LLP**
601 California Street
14th Floor
San Francisco, CA  94108
Tel: (415) 981-4800
Fax: (415) 981-4846

Attorneys for Individual and Representative
Plaintiff Shary Everett

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHARY EVERETT, on behalf of herself and all others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>MCI, INC., a Delaware Corporation,<br><br>   Defendant. | Adversary Proceeding<br><br>No. 07-01792-AJG<br><br><br>Case No. 07-9590 (DC) |
| In re:<br>WORLDCOM, INC., *et al.*,<br><br>   Debtors. | Chapter 11<br><br>Case No. 02-13533-AJG<br><br>(Jointly Administered) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR *PRO HAC VICE*
ADMISSION OF AARON M. SHEANIN**

GOOD CAUSE SHOWING, and by and through the moving papers of counsel, the

affidavits filed in support thereof, and no opposition filed by any party;

IT IS HEREBY ORDERED that Aaron M. Sheanin be admitted before this Court *pro hac vice*, as an attorney for Plaintiffs in this action, upon payment of the aplicable fee.

**IT IS SO ORDERED.**

Dated: 3/3, 2008
New York, New York

HONORABLE DENNY CHIN
United States District Judge

1