**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| SHARY EVERETT, on behalf of herself and all others similarly situated, | § § § | **Chapter 11** |
| Plaintiff, | § § | **Case No. 02-13533-AJG** **(Jointly Administered)** |
| v. | § § | |
| MCI, INC., a Delaware Corporation, | § § | **Case No. 07-9590 (DC)** |
| Defendant. | § | **Adv. No. 07-01792 (AJG)** |
| In re | § § | |
| WORLDCOM, INC., *et al.* | § § | |
| Reorganized Debtors. | § | |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I Alfredo R. Pérez, a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

Henry Weissmann, Esq.
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:  (213) 683-4070

Henry Weissmann is a member in good standing of the California State Bar, the United States

District Court for the Central District of California, the United States District Court for the

Eastern District of California, the United States District Court for the Northern District of

California, the United States District Court for the Southern District of California, the United

States Court of Appeals for the 4th Circuit, the United States Court of Appeals for the 9th

Circuit, the United States District Court of Arizona, the United States Court of Appeals for the District of Columbia, and the United States Supreme Court.  There are no pending disciplinary proceeding against Henry Weissmann in any State or Federal court.

Dated: _May 23_, 2008
Houston, Texas

By: _____
    Alfredo R. Pérez (AP 3629)
    WEIL, GOTSHAL & MANGES LLP
    700 Louisiana, Suite 1600
    Houston, Texas 77002
    Telephone:  (713) 546-5000
    Facsimile:   (713) 224-9511

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SHARY EVERETT, on behalf of herself and all others similarly situated, §§§ | | Chapter 11 |
| Plaintiff, §§ | | Case No. 02-13533-AJG (Jointly Administered) |
| v. §§ | | |
| MCI, INC., a Delaware Corporation, §§ | | Case No. 07-9590 (DC) |
| Defendant. § | | Adv. No. 07-01792 (AJG) |
| In re §§§ | | |
| WORLDCOM, INC., *et al.* §§ | | |
| Reorganized Debtors. § | | |

## AFFIDAVIT OF ALFREDO R. PÉREZ IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Alfredo R. Pérez, being duly sworn, hereby deposes and says as follows:

1. I am a Partner at Weil, Gotshal and Manges LLP, counsel for Defendant, MCI, LLC f/k/a MCI, Inc. and n/k/a Verizon Business Global LLC ("MCI") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Henry Weissmann as counsel *pro hac vice* to represent Defendant in this matter.

2. I am a member in good standing of the Bar of the State of New York, and was admitted to practice law on December 7, 2006. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Henry Weissmann since 2007.

4. Henry Weissmann is a Partner at Munger, Tolles & Olson LLP, in Los Angeles, California.

5.  I have found Mr. Weissmann to be a skilled attorney and a person of integrity.  He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move for the admission of Henry Weissmann, *pro hac vice*.

7.  I respectfully submit a proposed order granting the admission of Henry Weissmann, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Henry Weissmann, *pro hac vice*, to represent Defendant in the above-captioned matter, be granted.

Dated: *May 23*, 2008
Houston, Texas

Respectfully submitted,

By: _____
Alfredo R. Pérez (AP 3629)
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:   (713) 224-9511

**Exhibit A**

**Proposed Order**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHARY EVERETT, on behalf of herself and all others similarly situated, §§§<br><br>Plaintiff, §§<br><br>v. §§<br><br>MCI, INC., a Delaware Corporation, §§<br><br>Defendant. § | Chapter 11<br><br>Case No. 02-13533-AJG<br>(Jointly Administered)<br><br><br>Case No. 07-9590 (DC)<br><br>Adv. No. 07-01792 (AJG) |
| In re §§§<br><br>WORLDCOM, INC., *et al.* §§<br><br>Reorganized Debtors. § | |

## <u>ORDER FOR ADMISSION *PRO HAC VICE*</u>

Upon consideration of the motion of Alfredo R. Pérez, attorney for Defendant, MCI, LLC f/k/a MCI, Inc. and n/k/a Verizon Business Global LLC ("MCI") and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

Henry Weissmann, Esq.
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:  (213) 683-4070
Henry.Weissmann@mto.com

is admitted to practice *pro hac vice* as counsel for Defendant, MCI, LLC f/k/a MCI, Inc. and n/k/a Verizon Business Global LLC ("MCI") in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of

attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:
New York, New York

_____
United States District Court Judge

# THE STATE BAR
# OF CALIFORNIA

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639

TELEPHONE: 888-800-3400

May 14, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, HENRY WEISSMANN, #132418 was admitted to the practice of law in this state by the Supreme Court of California on December 18, 1987; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

## CERTIFICATE OF SERVICE

I, Rene A. Olvera, certify that I caused a true and correct copy of the foregoing **Motion to Admit Counsel** *Pro Hac Vice* to be served upon the party listed below via First-Class Mail on May **29** , 2008.

Rene A. Olvera

A.J. De Bartolomeo
Aaron M. Sheanin
Gerard Gibbs LLP
601 California Street, 14th Floor
San Francisco, CA 94108
ajd@girardgibbs.com
ams@girardgibbs.com