**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHARY EVERETT, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>MCI, INC., a Delaware Corporation,<br><br>        Defendant. | No. 07 Civ. 9590 (DC) |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE [PROPOSED] FIRST AMENDED CLASS ACTION COMPLAINT**

Plaintiff Shary Everett has moved leave to file an amended complaint in the above-entitled action. Plaintiff's motion is unopposed. Pursuant to Federal Rule of Civil Procedure 15(a)(2) and for good cause shown, Plaintiff's motion is GRANTED. The [Proposed] First Amended Class Action Complaint lodged with the Court shall be deemed filed as of the date of this Order.

SO ORDERED.

Dated: _____          _____
                                      THE HONORABLE DENNY CHIN
                                      UNITED STATES DISTRICT JUDGE