UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -x

SHARY EVERETT, on behalf of          :
herself and all others similarly
situated,                             :

                Plaintiff,    :

      - against -                    :

MCI, INC., a Delaware Corporation,   :

                Defendant.    :

- - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08

**ORDER**

07 Civ. 9590 (DC)

**CHIN, District Judge**

        Plaintiff moved for class certification on May 30, 2006 before the United States District Court for the District of Arizona. The motion was not decided prior to the case's transfer to this District. The motion is hereby denied, without prejudice.

        SO ORDERED.

Dated:    New York, New York
          July 16, 2008

                                        DENNY CHIN
                                      United States District Judge