UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHARY EVERETT, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MCI, INC., a Delaware Corporation,<br><br>Defendant. | Chapter 11<br><br>Case No. 02-13533-AJG<br>(Jointly Administered)<br><br><br>Case No. 07-9590 (DC)<br><br>Adv. No. 07-01792 (AJG) |
| In re<br><br>WORLDCOM, INC., *et al.*<br><br>Reorganized Debtors. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/08

## ORDER FOR ADMISSION *PRO HAC VICE*

Upon consideration of the motion of Lydia T. Protopapas, attorney for Defendant, MCI, LLC f/k/a MCI, Inc. and n/k/a Verizon Business Global LLC ("MCI") and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

Kristin S. Escalante, Esq.
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 683-4070
Kristin.Escalante@mto.com

is admitted to practice *pro hac vice* as counsel for Defendant, MCI, LLC f/k/a MCI, Inc. and n/k/a Verizon Business Global LLC ("MCI") in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of

attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 7/25/08
New York, New York

_____
United States District Court Judge