# GIRARD GIBBS LLP

Attorneys at Law

601 California Street, 14th Floor | San Francisco, CA 94108-2819
Tel: 415.981.4800 | Fax: 415.981.4846 | www.girardgibbs.com

August 22, 2008

**VIA FACSIMILIE**

The Honorable Denny Chin
**United States District Court**
500 Pearl St., Room 1020
New York, NY 10007
Fax: (212) 805-7906

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08
```

Re:   *Shary Everett v. MCI, Inc.*
      United States District Court, Southern District of New York
      Case Number: 07-9590

Dear Judge Chin:

In accordance with your directions to the parties at the June 23rd status conference, we have met and conferred regarding a proposed date for the Scheduling Conference. We are available and request September 17, 2008 for the Scheduling Conference in this matter. If the Court is available that date, the parties will submit a proposed scheduling order for the Court's consideration on or before September 10, 2008. We appreciate the Court's courtesy in this matter.

*[Handwritten: The Court will hold a PTC on 9/17/08 at 9:30 a.m. SO ORDERED, [signature] w/DJ 8/25/08]*

Respectfully submitted,

GIRARD GIBBS LLP

[signature]

A. J. De Bartolomeo

cc: Kristin Escalante