UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CANDACE BENTLEY, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>VERIZON BUSINESS GLOBAL, LLC, a Delaware Corporation, f/k/a MCI, Inc.<br><br>    Defendant. | No. 07 Civ. 9590 (DC) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/09

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL PURSUANT TO PROTECTIVE ORDER DATED MARCH 5, 2007 IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION UNDER FED. R. CIV. P. 23(b)(2) AND (b)(3)

**GIRARD GIBBS LLP**
Daniel C. Girard
A.J. De Bartolomeo
Aaron M. Sheanin
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Individual and Representative Plaintiff

Plaintiff Candace Bentley has moved for leave to file under seal the following documents:

- Declaration Of Aaron M. Sheanin In Support Of Plaintiff's Motion For Class Certification Under Fed. R. Civ. P. 23(b)(2) and (b)(3), and Exhibits A, D-H, J, L-V, Z-BB, DD, FF-JJ, MM-PP, RR, UU and SS thereto; and
- Memorandum Of Law In Support Of Plaintiff's Motion For Class Certification Under Fed. R. Civ. P. 23(b)(2) and (b)(3).

Redacted versions of the above-listed documents were publicly filed via the Court's electronic case filing system on April 6, 2009.

For good cause shown, Plaintiff's motion is GRANTED. The above-listed documents shall be deemed filed under seal as of April 6, 2009.

SO ORDERED.

Dated: 4/9/09

DENNY CHIN
United States District Judge

1